PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**        ) | |
| )                                      vs.                                     ) | **Docket Number:  CR-F-92-05241EDP** |
| ) | |
| **Kim Annon Bishop**                             ) | |
| ) | |

On July 12, 1993, the above-named was placed on Supervised Release for a period of 5 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that she be discharged from supervision.

                            Respectfully submitted,

                            /s/ Marlene K. DeOrian

                            **Marlene K. DeOrian
United States Probation Officer**

Dated:        March 28, 2006
              Fresno, California
              MKD

**REVIEWED BY:**      /s/ Bruce A. Vasquez
                                **Bruce A. Vasquez
                                Supervising United States Probation Officer**

**Re:    BISHOP, Kim Annon
       Docket Number:   CR-F-92-05241 EDP
       ORDER TERMINATING PROBATION
       <u>PRIOR TO EXPIRATION DATE</u>**

### ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

 April 20, 2006                        /s/ ROBERT E. COYLE
**Date                                 United States District Judge**


Attachment:    Recommendation

cc:    United States Attorney's Office
       FLU Unit, AUSA's Office
       Fiscal Clerk, Clerk's Office